Douglas N. Silverstein, Esq. (SBN 181957)  
Catherine J. Roland, Esq. (SBN 266957)  
KESLUK & SILVERSTEIN, P.C.  
9255 Sunset Boulevard, Suite 411  
Los Angeles, California 90069-3309  
Telephone: (310) 273-3180  
Facsimile: (310) 273-6137  
dsilverstein@californialaborlawattorney.com  
croland@californialaborlawattorney.com  

Neil H. Cogan (Bar No. 235316)  
3333 Harbor Blvd.  
Costa Mesa, CA 92626  
Telephone: (714) 444-4141  

Attorneys for Plaintiff YEHOSHUA GABBAI

JS-6

cc: order, docket, remand letter to Los Angeles Superior Court, case no. BC 439574

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEHOSHUA GABBAI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SHALHEVET SCHOOL, ELCHANAN J. WEINBACK, and DOES 1-20,<br><br>Defendants. | CASE NO. CV10 5322-SJO (RCx)<br><br>**ORDER REMANDING PLAINTIFF'S CASE PURSUANT TO 28 U.S.C. § 1447** |

Based on the Parties' Stipulation to Remand Upon Granting Plaintiff Leave to File Second Amended Complaint, the Court granted Plaintiff leave to file his Second Amended Complaint. Because Plaintiff's Second Amended Complaint dismisses the sole claim on which federal subject matter jurisdiction is predicated, the case is hereby remanded pursuant to 28 U.S.C. § 1447.

DATED: 9/13/10          _S. James Otero_  
                        _____  
                        HON. S. JAMES OTERO

Kesluk & Silverstein, P.C.  
9255 Sunset Blvd., Ste. 411  
Los Angeles, CA 90069  
Tel: (310) 273-3180  
Fax: (310) 273-6137

[PROPOSED] ORDER REMANDING PLAINTIFF'S CASE